UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:05-CR-67-1-F
No. 4:08-CV-168-F

| | |
|---|---|
| CHARLES EDWARD PHILSON,<br>   Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>   Respondent. | )<br>)<br>)<br>)  O R D E R<br>)<br>)<br>) |

Charles Edward Philson's Motion to Alter or Amend Order Denying § 2255 Motion [DE-80] is DENIED.

Having rendered the order [DE-78] denying Philson's § 2255 Motion [DE-55] for Relief from Judgment, the undersigned is of the opinion that Philson has failed to make a substantial showing of the denial of a constitutional right, and that no reasonable jurist would find this court's assessment of Philson's constitutional claims debatable.

Therefore, it is ORDERED that Charles Edward Philson's request for a Certificate of Appealability [DE-80] also is DENIED.

SO ORDERED.

This, the ___24th___ day of August, 2010.

         _James C. Fox_
         JAMES C. FOX
         Senior United States District Judge